IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEE HOLDEN PARKER, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  CIVIL NO. 08-cv-152-MJR ) |
| ROGER E. WALKER, JR., *et al.*, | ) ) |
| Defendants. | ) |

## JUDGMENT

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal of Counts 5 and 7 are without prejudice; dismissal of all other claims is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

|  November 5, 2008  | By: |   s/ Michael J. Reagan  |
|---|---|---|
| *Date* | | *District Judge* |